THE TOWN OF BROOKHAVEN, a Domestic Municipal Corporation, Appellant, v. CHARLES J. WILLIAMSON and Others, Respondents.— Judgment affirmed, with costs. No opinion. Young, Hagarty, Carswell and Tompkins, JJ., concur; Lazansky, P. J., concurs except as to the interest obtained by the receiver of taxes from the banks, as to which he dissents. The undertaking includes such moneys.

However, they were not directed to be paid by the receiver's warrant and are not included within the provisions of the Tax Law.*

---

* See Suffolk County Tax Act (Laws of 1920, chap. 311), as amd. by Laws of 1921, chap. 104, and subsequent amdts.— [REP.